1  ADAM GARSON (Bar No. 240440)
   GAZDZINSKI & ASSOCIATES, PC
2  750 B Street, Suite 1600
   San Diego, CA 92101
3  Telephone: (858) 675-1670
4  Email: adam.garson@gazpat.com

5
   Attorneys for Plaintiff
6  SPECTRA LICENSING GROUP, LLC

7

8

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12 | SPECTRA LICENSING GROUP, LLC, a     CASE NO. 3:16-cv-06095-RS
   | California corporation,
13 |
   |         Plaintiff,
14 |
   |         v.                          **STIPULATION AND [PROPOSED]**
15 |                                     **ORDER CONTINUING FEBRUARY 9,**
   | LSI CORPORATION, a Delaware         **2017 CASE MANAGEMENT**
16 | corporation and AVAGO               **CONFERENCE AND RELATED DATES**
   | TECHNOLOGIES U.S. INC., a Delaware  **PENDING SETTLEMENT**
17 | corporation,
   |                                     Hon. Richard Seeborg
18 |         Defendants.

19

20

21

22

23

24

25

26

27

28
   STIPULATION AND ORDER CONTINUING CMC
                                                        Case No. 3:16-cv-06095-RS

1 | Pursuant to Civil Local Rules 6-2(a) and 16-2(e), Plaintiff Spectra Licensing Group, LLC
2 | ("Spectra") and Defendants LSI Corporation and Avago Technologies U.S. Inc. ("LSI") (Spectra
3 | and LSI are collectively referred to as "Parties"), by and through their representative counsel of
4 | record, hereby stipulate as follows:

5 | WHEREAS, the Parties are currently ordered to appear at an Initial Case Management
6 | Conference on February 9, 2017 (Dkt. Nos. 45 and 51);

7 | WHEREAS, the Parties are currently scheduled to file their Joint Case Management
8 | Statement and Proposed Order and serve their Rule 26(a) Disclosures February 2, 2017 (*Id.;* Fed.
9 | R. Civ. P. 26(a)(1)(C);

10 | WHEREAS, the Parties have reached a settlement in principle and require no more than
11 | thirty (30) days to document their settlement agreement and dismiss the case;

12 | NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties,
13 | through their respective counsel, that the Parties' Initial Case Management Conference shall be
14 | continued at least 30 days to March 13, 2017 (or another date that is convenient for the Court),
15 | and the dates provided for submission of the Parties' Joint Case Management Statement and
16 | Proposed Order and Rule 26(a) Disclosures be continued to seven days prior to the new date for
17 | the Case Management Conference.

18 | This stipulation is in no way intended to affect any deadlines or obligations in the related
19 | case of *Spectra Licensing Group, LLC v. Marvell Semiconductor Inc.*, Case No. 3:16-cv-06093-
20 | RS – Initial Case Management Conference scheduled for February 9, 2017.

Respectfully submitted,
Dated: February 2, 2017        GAZDZINSKI & ASSOCIATES, PC
                               */s/ Adam S. Garson*
                               By:    Adam Garson
                                      Attorneys for Plaintiff
                                      Email: adam.garson@gazpat.com

Dated: February 2, 2017        WINSTON & STRAWN LLP
                               */s/ David Enzminger*
                               By:    David Enzminger
                                      Attorneys for Defendants
                                      Email: denzminger@winston.com

**ORDER**

PURSUANT TO STIPULATION, and for good cause shown, the Initial Case Management Conference is hereby continued to  March 16,                        , 2017. The deadline for the Parties to file their Joint Case Management Statement and Proposed Order and serve their Rule 26(a) Disclosures is continued to seven days prior to the date written above.

IT IS SO ORDERED.

Dated: 2/3/17

_____
HON. RICHARD SEEBORG