| | |
|---|---|
| ADAM S. GARSON (Bar No. 240440) | DAVID P. ENZMINGER (Bar No. 137065) |
| adam.garson@gazpat.com | denzminger@winston.com |
| GAZDZINSKI & ASSOCIATES, PC | WINSTON & STRAWN LLP |
| 750 B Street, Suite 1600 | 333 S. Grand Avenue, 38th Floor |
| San Diego, CA 92101 | Los Angeles, CA 90071 |
| Telephone: (858) 675-1670 | Telephone: (213) 615-1700 |
| *Attorneys for Plaintiff SPECTRA LICENSING GROUP, LLC.* | *Attorneys for Defendants LSI CORPORATION AND AVAGO TECHNOLOGIES U.S. INC.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECTRA LICENSING GROUP, LLC, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>LSI CORPORATION, a Delaware corporation and AVAGO TECHNOLOGIES U.S. INC., a Delaware corporation,<br><br>Defendants. | CASE NO. 3:16-cv-06095-RS<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER DISMISSING ALL CLAIMS AND COUNTERCLAIMS** |

WHEREAS, Plaintiff Spectra Licensing Group, LLC. and Defendants LSI Corporation and Avago Technologies U.S. Inc. (collectively, "the Parties") have reached a settlement of the pending litigation between them.

NOW, THEREFORE, the Parties, through their attorneys of record, request this Court to dismiss all claims, counterclaims and defenses in the above-captioned action with prejudice, and with all attorneys' fees, costs, and expenses borne by the party incurring same.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: February 27, 2017        GAZDZINSKI & ASSOCIATES, PC
                                */s/ Adam S. Garson*
                                By:    Adam S. Garson
                                       Attorneys for Plaintiff

Dated: February 27, 2017        WINSTON & STRAWN LLP
                                */s/ David P. Enzminger*
                                By:    David P. Enzminger
                                       Attorneys for Defendants

### **FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Adam S. Garson, hereby attest that counsel whose e-signature appears on the foregoing pages have concurred with this filing.

*/s/ Adam S. Garson*

1 **[PROPOSED] ORDER OF DISMISSAL**

2   PURSUANT TO STIPULATION, and for good cause shown, IT IS ORDERED that all
3 claims, counterclaims and defenses in the above-captioned action are dismissed with prejudice. IT
4 IS FURTHER ORDERED that all attorneys' fees, costs of court, and expenses borne by the party
5 incurring same.

7   IT IS SO ORDERED.

11   Dated: 2/27/17                                 _____
                                                    HON. RICHARD SEEBORG